# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-21-00050-CV

---

**The State of Texas, Appellant**

**v.**

**R. B. R., Appellee**

---

### FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-EX-17-000142, THE HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss this appeal from a final order denying an expunction petition. Having reviewed the record, we grant the motion and dismiss the appeal.

_____

Edward Smith, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed on Appellant's Motion

Filed:   August 19, 2021